UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-cv-60395-DPG

HOWARD COHAN

      Plaintiff,

vs.

SWVP SAGRASS MILLS LLC
a Foreign Limited Liability Company
d/b/a DOUBLETREE

      Defendant(s).

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT SWVP SAWGRASS MILLS LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

      COMES NOW, Plaintiff Howard Cohan, and files this, his Unopposed Motion for Extension of Time for Defendant SWVP SAWGRASS MILLS LLC to Respond to Plaintiff's Complaint.  Plaintiff respectfully requests that the Court extend the time for Defendant SWVP SAWGRASS MILLS LLC's to answer or otherwise respond to Plaintiff's Complaint through and including April 3, 2019.

      The foregoing extension is requested for the purpose of allowing Plaintiff and Defendant to explore the possibility of a resolution to Plaintiff's claims without incurring the additional time and expense that would be required for each Defendant to prepare and file defensive pleadings. There have been no previous requests for an extension to respond in this case by, or on behalf of, any Defendant.

WHEREFORE, Plaintiff respectfully requests that the Court grant the foregoing motion and provide Defendant with an extension of time up to and including April 3, 2019, to answer or otherwise respond to Plaintiff's Complaint.

Dated: March 12, 2019.

Respectfully submitted,

**The Law Office of Gregory S. Sconzo, P.A.**
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33408
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
**Service Email:** sconzolaw@gmail.com
**Primary Email:** greg@sconzolawoffice.com
**Secondary Email:** sarah@sconzolawoffice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day via us mail on:

SWVP SAWGRASS MILLS LLC
c/o CORPORATION SERVICE
COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-252

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553

2